# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5040-AHM (RCx) | Date | October 10, 2007 |
|---|---|---|---|

| Title | HERBALIFE INTERNATIONAL, INC. v. LUMENE NORTH AMERICA, LLC., et al. |
|---|---|

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On this date, the Court returned to Kent R. Raygor, counsel for plaintiff Herbalife International, Inc. all items lodged with Court pursuant to the September 7, 2007 Notice of Lodging of Physical Evidence in Support of Its Motion for Preliminary Injunction.



DOCKETED ON CM
OCT 10 2007
077

Initials of Preparer        SMO