1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   KENT R. RAYGOR, Cal. Bar No. 117224
2  VALERIE E. ALTER, Cal. Bar No. 239905
   1901 Avenue of the Stars, Suite 1600
3  Los Angeles, California  90067-6017
   Telephone:   (310) 228-3700
4  Facsimile:   (310) 228-3701
   Email:       kraygor@sheppardmullin.com
5              valter@sheppardmullin.com
   Attorneys for Plaintiff
6  HERBALIFE INTERNATIONAL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12 | HERBALIFE  INTERNATIONAL, | Case No. CV 07-05040 AHM  (RCx)
   | INC., a Nevada corporation, |
13 |                            | **REVISED IDENTIFICATION OF**
   |              Plaintiff,     | **SUBSIDIARIES OF PLAINTIFF**
14 |                            | **HERBALIFE INTERNATIONAL,**
   |       v.                   | **INC.**
15 |                            |
   | LUMENE NORTH AMERICA LLC., | **[FED. R. CIV. P. 16(b)]**
16 | a Delaware limited liability company; |
   | and DOES 1 through 10, inclusive, | Scheduling Conference
17 |                            | Date:   Monday, July 14, 2008
   |              Herbalife.    | Time:   11:30 p.m.
18 |                            | Ctrm:   14, Hon. A Howard Matz
19 |                            |
20 |                            | COMPLAINT filed:   August 2, 2007

21

22

23

24

25

26

27

28

                                -1-

Plaintiff Herbalife International, Inc. hereby provides the following amended identification of its subsidiaries pursuant to FED. R. CIV. P. 16(b) and this Court's June 5, 2008 Order:

1.     Herbalife International of America, Inc.

2.     Herbalife International Argentina, SA

3.     Herbalife Australasia Pty., Ltd.

4.     Herbalife International Belgium

5.     Herbalife International do Brasil Ltda,

6.     Herbalife of Canada, Ltd.

7.     Herbalife Denmark ApS

8.     Importadora y Distribuidora Herbalife International de Chile, Limitada

9.     Herbalife International Finland OY

10.    Herbalife International France, S.A.

11.    Herbalife International Deutschland GmbH

12.    Herbalife International Greece, SA

13.   Herbalife International of Hong Kong Limited

14.   Herbalife International India Private Limited

15.   Herbalife International of Israel (1990) Ltd

16.   Herbalife Italia S.A.

17.   Herbalife of Japan K.K.

18.   Herbalife Korea Co., Ltd.

19.   Herbalife Internacional de Mexico, S.A. de C.V.

20.   Herbalife International (Netherlands) B.V.

21.   Herbalife (NZ) Limited

22.   Herbalife Norway Products AS

23.   Herbalife International Philippines, Inc.

24.   Herbalife Polska Sp.z.o.o

25.   Herbalife International, S.A.

26.   Herbalife International Espana, S.A.

1

27.    Herbalife Sweden Aktiebolag

2

3

28.    HBL Products, S.A.

4

5

29.    Herbalife International Urunleri Tic. Ltd. Sti.

6

7

30.    Herbalife (UK) Limited

8

9

31.    Servicios International de Mexico, S.A. de C.V.

10

11

32.    Servicios Integrales HIM, S.A. de C.V.

12

13

33.    Vida Herbal Supplementos Alimenticios, C.A.

14

15

Dated:  July 10, 2008        SHEPPARD MULLIN RICHTER & HAMPTON LLP

16

17

By  _____/s Kent R. Raygor_____

18

KENT R. RAYGOR

19

Attorneys for Plaintiff
HERBALIFE INTERNATIONAL, INC.

20

400935668.1

21

22

23

24

25

26

27

28