SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
VALERIE E. ALTER, Cal. Bar No. 239905
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  (310) 228-3700
Facsimile:  (310) 228-3701
Email:      kraygor@sheppardmullin.com
            valter@sheppardmullin.com

Attorneys for Plaintiff
HERBALIFE INTERNATIONAL, INC.

DARREN W. SAUNDERS, NY Bar No. 2269561
(Admitted *pro hac vice*)
HISCOCK & BARCLAY LLP
Seven Times Square
New York, New York  10036
Telephone:  (212) 784-5805
Facsimile:  (212) 784-5757
E-mail:     dsaunders@hblaw.com

WINSTON & STRAWN LLP
DAVID L. ARONOFF, Cal. Bar No. 152606
SAUL S. ROSTAMIAN, Cal. Bar No. 235292
333 South Grand Avenue
Los Angeles, California  90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
E-mail:     daronoff@winston.com
            srostamian@winston.com

Attorneys for Defendant
LUMENE NORTH AMERICA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL, INC., a Nevada Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>LUMENE NORTH AMERICA LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. CV 07-05040 AHM (RCx)<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>**[Local Rule 16-6]**<br><br>COMPLAINT filed:      August 2, 2007<br>Pre-Trial Conference: May 4, 2009<br>Trial Date:           May 19, 2009 |

Despite requests from Plaintiff Herbalife International, Inc. ("**Herbalife**"), Defendant Lumene North America LLC ("**Lumene**") never participated in the required C.D. CAL. LOCAL RULE 16-2 meeting of counsel by February 23, 2009, as originally required by this Court's July 14, 2008 Scheduling Order [Docket No. 52], or by April 10, 2009, as required by this Court's Amended Scheduling Order [Docket No. 59].  Nor has Defendant Lumene ever provided to Plaintiff Herbalife a LOCAL RULE 16-2.3 trial exhibit list, a LOCAL RULE 16-2.4 trial witness list, or a LOCAL RULE 16-2.7 list of deposition designations.  Nor has Defendant Lumene participated in the drafting of or provided any portions for the LOCAL RULE 16-7 [Proposed] Final Pretrial Conference Order, the Pre-Trial Exhibit Stipulation required by Section V(C)(2) of this Court's July 14, 2008 Scheduling Order, or the Joint Status Report Re Settlement required by Section VI of this Court's July 14, 2008 Scheduling Order [Docket No. 52].  Nor has Defendant Lumene submitted any list of its trial exhibits for inclusion with the LOCAL RULE 16-6 Joint Trial Exhibit List.  Plaintiff Herbalife has provided drafts of these joint filings to Defendant Lumene for its participation, but Lumene has not participated.  As a result, Plaintiff Herbalife has to make these court-ordered filings unilaterally.

Pursuant to LOCAL RULE 16-6, Plaintiff Herbalife International, Inc. and hereby submit the following Joint Trial Exhibit List:

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 1 | 1 | 9/26/07 | | Herbalife Deposition Notice re Olli Vahanen and Joe Pastorkovich; and Request For The Production of Documents | | |
| 2 | 2 | | | Photos of Lumene Radiant C Beauty Drops and product packaging | | |
| 3 | 3 | | | Photos of Lumene Radiant C-Energy and product packaging | | |
| 4 | 4 | | | Photos of Lumene Radiant C-Energy Eye and product packaging | | |
| 5 | 5 | | | Photos of Lumene Radiant C-Energy With SPF 15 and product packaging | | |
| 6 | 6 | | | Photos of Lumene Radiant C-Energy 5 Min. Mask and product packaging | | |
| 7 | 7 | 9/21/07 | | Declaration of Olli Vahänen In Support Of Lumene North America LLC's Opposition To Motion For Preliminary Injunction | | |


| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 8 | 8 | 9/25/07 | | Declaration of Joe Pastorkovich In Support Of Lumene North America LLC's Opposition To Motion For Preliminary Injunction | | |
| 9 | 9 | 8/27/07 | | Printouts of websites referencing Lumene's promotion of its Radiant C Beauty Drops | | |
| 10 | 10 | 10/29/07 | | Receipt from purchase of Lumene Radiant C products | | |
| 11 | 11 | 10/1/07 | | Printout from www.cvs.com showing Lumene Radiant C products for sale | | |
| 12 | 12 | 8/30/07 | | Screenshot and printout of www.lumenegroup.com | | |
| 13 | 13 | | | Lumene advertising booklet | | |
| 14 | 14 | | | Lumene sales documents | | |
| 15 | 501 | | | Lumene Radiant C-Energy 5 Min. Mask | | |

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 16 | 502 | | | Lumene Radiant C-Energy Eye | | |
| 17 | 503 | | | Lumene Radiant C-Energy With SPF | | |
| 18 | 504 | | | Lumene Radiant C-Energy | | |
| 19 | 505 | | | Lumene Radiant C Beauty Drops | | |
| 20 | 506 | | | Herbalife Radiant C® Daily Skin Booster | | |
| 21 | 507 | | | Herbalife Radiant C® Skin Quencher | | |
| 22 | 508 | | | Herbalife Radiant C® Daily Facial Scrub Cleanser | | |
| 23 | 509 | | | Herbalife Radiant C® Body Lotion | | |
| 24 | 510 | 2006 | | Herbalife's 2006 Annual Report | | |
| 25 | 511 | 2/26/07 | | Herbalife's Form 10-K | | |

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 26 | 514 | | | Herbalife's sales documents | | |
| 27 | 516 | | | Materials from Jackie Carter's Radiant C product binder | | |
| 28 | 517 | | | Herbalife Product Catalogue | | |
| 29 | P.I. Ex. E | | | Screenshots from www.lumenegroup.com showing the relationship between Lumene and Lumene Group | | |
| 30 | P.I. Ex. F | | | Screenshots from www.lumenegroup.com showing the relationship between Lumene and Lumene Group | | |
| 31 | P.I. Ex. G | | | Screenshots from www.lumenegroup.com showing the stores at which Lumene sells its products | | |
| 32 | P.I. Ex. H | | | Screenshots from www.lumene.com and www.cvs.com showing Lumene's Radiant C-Energy Drops | | |

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 33 | P.I. Ex. I | | | Screenshots from www.lumene.com and www.cvs.com showing Lumene's Radiant C-Energy | | |
| 34 | P.I. Ex. J | | | Screenshots from www.lumene.com and www.cvs.com showing Lumene's Radiant C-Energy Eye | | |
| 35 | P.I. Ex. K | | | Screenshots from www.lumene.com and www.cvs.com showing Lumene's Radiant C-Energy 5 Min. Mask | | |
| 36 | P.I. Ex. L | | | Screenshots from www.lumene.com and www.cvs.com showing Lumene's Radiant C-Energy With SPR | | |
| 37 | P.I. Ex. M | | | Printouts from www.lumene.com, www.eventmarketer.com, and www.marketwatch.com of press releases and other promotional efforts for Lumene's Radiant C Beauty Drops | | |

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 38 | P.I. Ex. O | | | Printout from www.herbalife.com describing Herbalife's Radiant C® products | | |
| 39 | | | | Declaration of Leora Hodes | | |
| 40 | P.I. Ex. P | | | Receipt from purchase of Luemene Radiant C products | | |
| 41 | | | | Declaration of Jade Zike | | |
| 42 | P.I. Ex. Q | | | Receipt from purchase of Lumene Radiant C products | | |
| 43 | P.I. Ex. R | | | Official trademark registrations for Herbalife's Radiant C® marks | | |
| 45. | O.V. Decl. Ex. A | | | Invoices for shipments of Lumene's Radiant C products from Finland to the United States | | |
| 46.44 | Past. Decl. Ex. B | | | Copies of Lumene's product advertising, including advertising for its Radiant C products | | |

-7-

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 47. | | | | Herbalife Radiant C® candle product and packaging | | |
| 48. | | | | Herbalife Radiant C® Daily Skin Booster product and packaging | | |
| 49. | | | | Herbalife Radiant C® button | | |
| 50. | | | | Herbalife gift catalogue | | |
| 51. | | | | Herbalife Radiant C® Face Quencher product and packaging | | |
| 52. | | | | Herbalife Radiant C® Body Lotion SPF product | | |
| 53. | | | | Herbalife Radiant C® pen | | |
| 54. | | | | Lumene Energy Cocktail Fortifying Cream – 50 ml | | |
| 55. | | | | Lumene Energy Cocktail Pampering Drops – 30 ml | | |
| 56. | | | | Lumene Express Touch Cleansing Wipes – 10 pcs | | |

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 57. | | 10/2/07 | | CVS/Pharmacy Receipt for Lumene products (trial exhibits 54-56) | | |
| 58. | | | | Lumene Age-Defying Intensive Care – 15 ml | | |
| 59. | | | | Lumene Radiant C-Energy Age-Defying Intensive Care – 50 ml | | |
| 60. | | | | Lumene Radiant C-Energy with SPF 15 Age-Defying Day Cream – 50 ml | | |
| 61. | | | | Lumene Radiant C Beauty Drops with Arctic Cloudberry – 28 pcs | | |
| 62. | | | | Lumene Radiant C-Energy Eye Intensive Renewing Eye Serum – 8.8 ml | | |
| 63. | | | | Lumene Radiant C-Energy 5 Min. Mask Invigorating Facial Mask – 75 ml | | |

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 64. | | | | Lumene 3 Step Age Defying Kit (includes Radiant Touch Moisturizing Cream Cleanser – 25 ml; Radiant Touch Moisturizing Toner – 40 ml; and Radiant Energy-C Age-Defying Intensive Care – 15 ml) | | |
| 65. | | 10/2/07 | | CVS/Pharmacy Receipt for Lumene products (trial exhibits 58-64) | | |
| 66. | | | | Herbalife Radiant C® Daily Facial Scrub Cleanser – 150 ml | | |
| 67. | | | | Herbalife Radiant C® Body Lotion SPF 15 – 200 ml | | |
| 68. | | | | Herbalife Radiant C® Face Quencher Instant Refreshing Mist for Skin – 50 ml | | |
| 69. | | | | Herbalife Radiant C® Daily Skin Booster Gel-Cream – 30 ml | | |
| 70. | | | | Receipt for shipment of Herbalife Radiant C® Booster | | |

-10-

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 71. | | | | Lumene Product Line Brochure: Make Guide | | |
| 72. | | | | Lumene Radiant C Beauty Drops Age-Defying Serum Post-Card Advertisement with CVS/Pharmacy $2.00 Coupon (two-sided) | | |
| 73. | | | | Herbalife® Total Plan (Building Your Business Through Referrals) Video Disc | | |
| 74. | | | | Lumene Radiant C Beauty Drops Age-Defying Serum Post-Card Advertisement (707-WRC7) | | |
| 75. | | | | Lumene Radiant C Beauty Drops Age-Defying Serum Photocopy of Post-Card Advertisement (208-RCG1) | | |
| 76. | | | | Herbalife® Rejuvenate Product Line Brochure (English Language) | | |
| 77. | | | | Herbalife® Rejuvenate Product Line Brochure (Spanish Language) | | |

-11-

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 78. | | 1/2/09 | | CVS/Pharmacy Receipt for Lumene product (see exhibit No. 61) | | |
| 79. | | | | Dermajetics® Product Line Tear-Sheet Featuring Radiant C Daily Skin Booster and Face Quencher (two-sided) | | |
| 80. | | | | Photocopy of Herbalife® Herbal Aloe Shampoo and Conditioner (Fall) | | |
| 81. | | | | Photocopy of Herbalife® Herbal Aloe Shampoo, Conditioner and Hairspray (Fall) | | |
| 82. | | | | Photocopy of Herbalife® Herbal Aloe Shampoo and Conditioner (Spring) | | |
| 83. | | | | Photocopy of Herbalife® Herbal Aloe Shampoo, Conditioner and Hairspray (Spring) | | |
| 84. | | | | Photocopy of Herbalife® Herbal Aloe Shampoo and Conditioner | | |

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 85. | | | | Photocopy of Herbalife® Herbal Aloe Shampoo, Conditioner and Hairspray | | |
| 86. | | | | Photocopy of Herbalife® Herbal Aloe Shampoo and Conditioner | | |
| 87. | | | | Photocopy of Herbalife® Herbal Aloe Shampoo, Conditioner and Hairspray | | |
| 88. | | | | Photocopy of Herbalife® Radiant C Daily Facial Scrub Cleanser and Body Lotion | | |
| 89. | | | | Photocopy of Herbalife® Radiant C Daily Facial Scrub Cleanser and Body Lotion | | |
| 90. | | | | Photocopy of Herbalife® Radiant C Daily Facial Scrub Cleanser and Body Lotion SPF 15 | | |
| 91. | | | | Photocopy of Herbalife® Radiant C Daily Facial Scrub Cleanser and Body Lotion SPF 15 | | |

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 92. | | | | Herbalife® Business Today Magazine U.S. Edition No. 077 | | |
| 93. | | | | Photocopy of Herbalife® Product Line Tear-Sheet Featuring Products for Summer | | |
| 94. | | | | Herbalife® Product Line Catalog | | |
| 95. | | | | Herbalife® Product Usage Instruction Card – Step 1: Cleanse (two-sided: English/Spanish Languages) | | |
| 96. | | | | Herbalife® Product Usage Instruction Card – Step 2: Revitalize (two-sided: English/Spanish Languages) | | |
| 97. | | | | Herbalife® Product Usage Instruction Card – Step 3: Moisturize (two-sided: English/Spanish Languages) | | |
| 98. | | | | Photocopy of U.K. Article Authored by Martin Freemen re Vitamins and Skin Care | | |

-14-

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 99. | | | | Photocopy of U.K. Article Listing Various Lush and Herbalife® (Radiant C Face Quencher) Skin Care Products | | |
| 100. | | 4/02 | | Single Page Photocopy from Spanish Language Magazine Featuring Various Skin Care Products Including Herbalife® (Radiant C Daily Skin Booster and Face Quencher) | | |
| 101. | | 4/02 | | Single Page Photocopy from Spanish Language Magazine Featuring Various Skin Care Products Including Herbalife® Products | | |
| 102. | | | | Herbalife® Business Today Magazine – U.S. Edition No. 111 | | |
| 103. | | | | Herbalife® Business Today Magazine – U.S. Edition No. 115 | | |
| 104. | | 8/21/07 | 58-62 | Internet Website Download re International Lumene Group Corporate Information | | |

-15-

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 105. | 137 | 8/20/07 | 137 | CVS/Pharmacy Receipt re Purchase of Various Lumene Products | | |
| 106. | | | 124-130 | Internet Download Announcement re CVS/Pharmacy National Tour Launch of Lumene Radiant C Beauty Drops | | |
| 107. | | 8/27/07 | 133-136 | Herbalife® Website Download re Radiant C Daily Facial Scrub Cleanser | | |
| 108. | | 8/22/07 | 131-132 | Google Search Results re "radiant C" | | |
| 109. | | 10/1/07 | | Target.com Search Results re "lumene" | | |
| 110. | | | | Photocopy of Appendix 1 To Motion For Preliminary Injunction (Herbalife's four RADIANT C® skin care products and packaging) | | |
| 111. | | | | Photocopy of Appendix 2 To Motion For Preliminary Injunction (Defendant Lumene's five "RADIANT C" – branded skin care products) | | |

-16-

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 112. | 7 | 9/21/07 | | Declaration of Olli Vahanen In Support Of Lumene North America LLC's Opposition To Motion For Preliminary Injunction | | |
| 113. | | 9/26/07 | | Google Advanced Search Results re "radiant c" | | |
| 114. | | 8/21/07 | 56-57 | U.S. Patent and Trademark Office Website Download Search Results re "RADIANTC" | | |
| 115. | | 8/21/07 | 54-55 | U.S. Patent and Trademark Office Website Download Search Results re "RADIANT C" | | |
| 116. | | 8/21/07 | 143-144 | Photocopy of U.S. Patent and Trademark Office Trademark Registration Certificate No. 3,100,479 re "RADIANT C" | | |
| 117. | | 8/21/07 | 139-140 | Photocopy of U.S. Patent and Trademark Office Trademark Registration Certificate No. 2,926,493 re "RADIANTC" | | |

-17-

| TRIAL EXH. No. | DEPO EXH. No. | DATE | BATES | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 118. | | | | Advertising Poster re Herbalife® Radiant C Daily Facial Scrub Cleanser and Body Lotion SPF 15 | | |
| 119. | | | | Black Canvas Folding Chair with RadiantC Logo Imprinted on Back-Rest | | |

Dated:  April 20, 2009        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  *Kent R. Raygor* (signature)
          KENT R. RAYGOR

          Attorneys for Plaintiff
       HERBALIFE INTERNATIONAL, INC.

Dated:  April 20, 2009        HISCOCK & BARCLAY, LLP

By  _____
          DARREN W. SAUNDERS

          Attorneys for Defendant
       LUMENE NORTH AMERICA, LLC