SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
VALERIE E. ALTER, Cal. Bar No. 239905
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  (310) 228-3700
Facsimile:  (310) 228-3701
Email:  kraygor@sheppardmullin.com
        valter@sheppardmullin.com

Attorneys for Plaintiff
HERBALIFE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUMENE NORTH AMERICA LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-05040 AHM  (RCx)<br><br>**PLAINTIFF HERBALIFE'S TRIAL WITNESS DISCLOSURE**<br><br>[C.D. CAL. LOCAL RULE 16-5]<br><br>Complaint filed:     August 2, 2007<br>Pre-Trial Conference:  May 4, 2009<br>Trial:               May 19, 2009 |

-1-

Pursuant to LOCAL RULE 16-5, plaintiff Herbalife International, Inc. hereby identifies the following witnesses it intends to call at trial, other than solely for impeachment.

| Name of Witness | Address | Telephone |
| --- | --- | --- |
| 1. Jonathan Liss | c/o Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars<br>Suite 1600<br>Los Angeles, CA 90067 | c/o Plaintiff's counsel, at (310) 228-3700 |
| 2. Michael Gilman | c/o Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars<br>Suite 1600<br>Los Angeles, CA 90067 | c/o Plaintiff's counsel, at (310) 228-3700 |
| 3. Jacquie Carter | c/o Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars<br>Suite 1600<br>Los Angeles, CA 90067 | c/o Plaintiff's counsel, at (310) 228-3700 |
| 4. Olli Vahänen** | c/o Hiscock & Barclay, LLP<br>Seven Times Square<br>New York, NY 10036 | c/o Defendant's counsel, at (212) 784-5805 |
| 5. Joe Pastorkovich** | 201 Boston Post Road West, Suite 405<br>Marlborough, Massachusetts  01752 | (508) 460-0404 |
| 6. Tapio Parjuharju* | 201 Boston Post Road West, Suite 405<br>Marlborough, Massachusetts  01752 | (508) 460-0404 |
| 7. Lumene North America LLC representative | 201 Boston Post Road West, Suite 405<br>Marlborough, Massachusetts  01752 | (508) 460-0404 |
| 8. Lumene Group representative* | Lasikuja 2 / Lasihytti 1<br>02780 Espoo<br>Finland | (011) 358-204-877-100 |
| 9. CVS regional representative for Southern California* | Southern California offices of<br>CVS Caremark Corporation<br>One CVS Drive<br>Woonsocket, Rhode Island  02895 | (401) 765-1500 |
| 10. Target regional representative for Southern | Southern California offices of<br>Target Corp.<br>1000 Nicollet Mall | (800) 440-0680 |

-1-

| | | |
|---|---|---|
| California* | Minneapolis, Minnesota, 72716-8611 | |
| 11. Kent R. Raygor* | Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, California  90067 | (310) 228-3700 |
| 12. Linda Hamilton | Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, California  90067 | (310) 228-3700 |

Dated:  April 20, 2009          SHEPPARD MULLIN RICHTER & HAMPTON LLP


By          /s/ Kent R. Raygor

KENT R. RAYGOR

Attorneys for Plaintiff
HERBALIFE INTERNATIONAL, INC.

\*       May call if the need arises.

\*\*      May call by deposition if the need arises.

401376963.2

-2-