1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   KENT R. RAYGOR, Cal. Bar No. 117224
2  VALERIE E. ALTER, Cal. Bar No. 239905
   1901 Avenue of the Stars, Suite 1600
3  Los Angeles, California  90067-6017
   Telephone:  (310) 228-3700
4  Facsimile:  (310) 228-3701
   Email:      kraygor@sheppardmullin.com
5              valter@sheppardmullin.com

6       Attorneys for Plaintiff
        HERBALIFE INTERNATIONAL, INC.
7
   DARREN W. SAUNDERS, NY Bar No. 2269561
8  (Admitted *pro hac vice*)
   HISCOCK & BARCLAY LLP
9  Seven Times Square
   New York, New York  10036
10 Telephone:  (212) 784-5805
   Facsimile:  (212) 784-5757
11 E-mail:      dsaunders@hblaw.com

12 WINSTON & STRAWN LLP
   DAVID L. ARONOFF, Cal. Bar No. 152606
13 SAUL S. ROSTAMIAN, Cal. Bar No. 235292
   333 South Grand Avenue
14 Los Angeles, California  90071-1543
   Telephone:  (213) 615-1700
15 Facsimile:  (213) 615-1750
   E-mail:      daronoff@winston.com
16              srostamian@winston.com

17      Attorneys for Defendant
        LUMENE NORTH AMERICA LLC
18

19              UNITED STATES DISTRICT COURT

20      CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

21
   | HERBALIFE  INTERNATIONAL, | Case No. CV 07-05040 AHM  (RCx) |
22 | INC., a Nevada Corporation, | |
   | | **JOINT STATUS REPORT RE** |
23 | Plaintiff, | **SETTLEMENT** |
   | | |
24 | v. | [Local Rule 16-15.7; July 14, 2008 |
   | | *Scheduling Order*, § VI] |
25 | LUMENE NORTH AMERICA LLC., | |
   | a Delaware limited liability company; | COMPLAINT filed:        August 2, 2007 |
26 | and DOES 1 through 10, inclusive, | Pre-Trial Conference:   May 4, 2009 |
   | | Trial Date:             May 19, 2009 |
27 | Defendants. | |

28

                                -1-

1    Despite requests from Plaintiff Herbalife International, Inc.

2  ("**Herbalife**"), Defendant Lumene North America LLC ("**Lumene**") never

3  participated in the required C.D. CAL. LOCAL RULE 16-2 meeting of counsel by

4  February 23, 2009, as originally required by this Court's July 14, 2008 Scheduling

5  Order [Docket No. 52], or by April 10, 2009, as required by this Court's Amended

6  Scheduling Order [Docket No. 59].  Nor has Defendant Lumene ever provided to

7  Plaintiff Herbalife a LOCAL RULE 16-2.3 trial exhibit list, a LOCAL RULE 16-2.4 trial

8  witness list, or a LOCAL RULE 16-2.7 list of deposition designations.  Nor has

9  Defendant Lumene participated in the drafting of or provided any portions for the

10 LOCAL RULE 16-7 [Proposed] Final Pretrial Conference Order, the Pre-Trial Exhibit

11 Stipulation required by Section V(C)(2) of this Court's July 14, 2008 Scheduling

12 Order, or the Joint Status Report Re Settlement required by Section VI of this Court's

13 July 14, 2008 Scheduling Order [Docket No. 52].  Nor has Defendant Lumene

14 submitted any list of its trial exhibits for inclusion with the LOCAL RULE 16-6 Joint

15 Trial Exhibit List.  Plaintiff Herbalife has provided drafts of these joint filings to

16 Defendant Lumene for its participation, but Lumene has not participated.  As a result,

17 Plaintiff Herbalife has to make these court-ordered filings unilaterally.

18

19    Pursuant to Section VI of the Court's July 14, 2008 *Scheduling Order*

20 [Docket No. 52], Plaintiff Herbalife International, Inc. and Defendant Lumene North

21 America, LLC hereby submit the following *Joint Status Report Re Settlement*:

22

23    The parties have been engaged in settlement negotiations since the prior

24 report to the Court, and have made progress.  They have exchanged drafts of a

25 Settlement Agreement as recently as Sunday, April 19, 2009.  If they are unable to

26 reach a settlement themselves in the next few days, they have agreed to conduct a

27 mediation before private mediator in Los Angeles, at which lead counsel for the

28 parties and principals of the parties with authority to settle the case will appear in

1 person.  The parties will provide a supplemental settlement status report to the Court
2 upon completion of that mediation.

3

4 Dated:  April 20, 2009          SHEPPARD MULLIN RICHTER & HAMPTON LLP

5

6                                By    _____
7                                         KENT R. RAYGOR
8                                      Attorneys for Plaintiff
                                      HERBALIFE INTERNATIONAL, INC.
9 Dated:  April 20, 2009          HISCOCK & BARCLAY, LLP
10

11

12                                By    _____
13                                         DARREN W. SAUNDERS
                                      Attorneys for Defendant
14                                    LUMENE NORTH AMERICA, LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28