| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 2 | KENT R. RAYGOR, Cal. Bar No. 117224<br>VALERIE E. ALTER, Cal. Bar No. 239905 |
| 3 | 1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California  90067-6017 |
| 4 | Telephone:  (310) 228-3700<br>Facsimile:   (310) 228-3701 |
| 5 | Email:         kraygor@sheppardmullin.com<br>                    valter@sheppardmullin.com |

Attorneys for Plaintiff
HERBALIFE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL, INC., a Nevada Corporation<br><br>            Plaintiff,<br><br>      v.<br><br>LUMENE NORTH AMERICA LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive<br><br>            Defendants. | Case No. CV 07-05040 AHM (RCx)<br><br>**NOTICE OF LODGING OF PROPOSED FINAL PRETRIAL CONFERENCE ORDER**<br><br>Complaint filed:        August 2, 2007<br>Pre-Trial Conference: May 4, 2009<br>Trial Date:                 May 19, 2009 |

-1-

PLEASE TAKE NOTICE that attached hereto as Exhibit A is a [Proposed] Final Pretrial Conference Order.

Dated: April 20, 2009                SHEPPARD MULLIN RICHTER & HAMPTON LLP

*/s/ Kent R. Raygor*

By _____
               KENT R. RAYGOR

Attorneys for Plaintiff
HERBALIFE INTERNATIONAL, INC.