1 SHEPPARD MULLIN RICHTER & HAMPTON LLP
  KENT R. RAYGOR, Cal. Bar No. 117224
2 VALERIE E. ALTER, Cal. Bar No. 239905
  1901 Avenue of the Stars, Suite 1600
3 Los Angeles, California  90067-6017
  Telephone:  (310) 228-3700
4 Facsimile:   (310) 228-3701
  Email:       kraygor@sheppardmullin.com
5              valter@sheppardmullin.com

6     Attorneys for Plaintiff
      HERBALIFE INTERNATIONAL, INC.
7
  DARREN W. SAUNDERS, NY Bar No. 2269561
8 (Admitted *pro hac vice*)
  HISCOCK & BARCLAY LLP
9 Seven Times Square
  New York, New York  10036
10 Telephone:  (212) 784-5805
   Facsimile:   (212) 784-5757
11 E-mail:       dsaunders@hblaw.com

12 WINSTON & STRAWN LLP
   DAVID L. ARONOFF, Cal. Bar No. 152606
13 SAUL S. ROSTAMIAN, Cal. Bar No. 235292
   333 South Grand Avenue
14 Los Angeles, California  90071-1543
   Telephone:  (213) 615-1700
15 Facsimile:   (213) 615-1750
   E-mail:       daronoff@winston.com
16               srostamian@winston.com

17     Attorneys for Defendant
       LUMENE NORTH AMERICA LLC
18

19          UNITED STATES DISTRICT COURT

20     CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

21

| HERBALIFE INTERNATIONAL, INC., a Nevada Corporation, | Case No. CV 07-05040 AHM  (RCx) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| LUMENE NORTH AMERICA LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | COMPLAINT filed:        August 2, 2007<br>Pre-Trial Conference:  May 4, 2009<br>Trial Date:                May 19, 2009 |

-1-

1          Plaintiff Herbalife International, Inc. ("**Herbalife**") and Defendant

2  Lumene North America LLC ("**Lumene**") hereby jointly inform the Court pursuant to

3  C.D. CAL. LOCAL RULE 16-15.7 that the parties have reached agreement on all terms

4  for a settlement of this action in its entirety.  The parties have agreed on the final

5  language of a comprehensive *Settlement Agreement*, Herbalife has signed that

6  *Agreement*, and it is presently out to Lumene and its Finnish parent for signature.

7

8          Pursuant to the terms of the parties' *Settlement Agreement*, once Lumene

9  and its Finnish parent sign the document, one additional settlement event is to occur

10  within two (2) business days of that signing.  Three business days after that, the

11  parties must then file a *Stipulation Of All Parties Re Dismissal Of Entire Action With*

12  *Prejudice, Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)* with the Court.

13

14  Dated:  May 1, 2009         SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                            KENT R. RAYGOR

15                                        VALERIE E. ALTER

16

17          By  _____

18                                  KENT R. RAYGOR

19                             Attorneys for Plaintiff
                           HERBALIFE INTERNATIONAL, INC.

20  Dated:  May 1, 2009         HISCOCK & BARCLAY, LLP
                                              DARREN W. SAUNDERS

21

22                             WINSTON & STRAWN LLP
                           DAVID L. ARONOFF, Cal. Bar No. 152606

23                             SAUL S. ROSTAMIAN

24

25          By  _____

                                SAUL S. ROSTAMIAN

26

27                             Attorneys for Defendant
                           LUMENE NORTH AMERICA, LLC

28

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6017.

On **May 1, 2009**, I served the following document described as **NOTICE OF SETTLEMENT OF ENTIRE ACTION** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐  **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 1, 2009**, at Los Angeles, California.

_____
NATALIE ARONSTEIN

W02-WEST:2NAG1\401209572.1

-1-

PROOF OF SERVICE

1

## SERVICE LIST

2

*Herbalife International, Inc., etc. v. Lumene North America LLC, etc., et al.*
**USDC Case No. CV 07- 05040-AHM (RCx)**

3

4

5   David L. Aronoff, Esq.
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
6   Los Angeles, CA 90071
Telephone:  (213) 615-1866
7   *(Via U.S. Mail)*

8   Darren W. Saunders *(pro hac vice)*
Hiscock & Barclay, LLP
9   Seven Times Square
New York, NY 10036
10  Telephone:  (212) 784-5805
*(Via U.S. Mail)*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-