SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
VALERIE E. ALTER, Cal. Bar No. 239905
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   (310) 228-3700
Facsimile:    (310) 228-3701
Email:         kraygor@sheppardmullin.com
                  valter@sheppardmullin.com

Attorneys for Plaintiff
HERBALIFE INTERNATIONAL, INC.

DARREN W. SAUNDERS, NY Bar No. 2269561
(Admitted *pro hac vice*)
HISCOCK & BARCLAY LLP
Seven Times Square
New York, New York  10036
Telephone:   (212) 784-5805
Facsimile:    (212) 784-5757
E-mail:        dsaunders@hblaw.com

WINSTON & STRAWN LLP
DAVID L. ARONOFF, Cal. Bar No. 152606
SAUL S. ROSTAMIAN, Cal. Bar No. 235292
333 South Grand Avenue
Los Angeles, California  90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750
E-mail:        daronoff@winston.com
                  srostamian@winston.com

Attorneys for Defendant
LUMENE NORTH AMERICA LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUMENE NORTH AMERICA LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-05040 AHM  (RCx)<br><br>**STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>COMPLAINT filed:       August 2, 2007<br>Pre-Trial Conference:  May 4, 2009<br>Trial Date:                  May 19, 2009 |

# I.

# STIPULATION RE DISMISSAL

All parties (plaintiff Herbalife International, Inc. and defendant Lumene North America LLC) have entered into a SETTLEMENT AGREEMENT that resolves all claims, causes of action, and defenses asserted in this action.

Therefore, IT IS HEREBY STIPULATED by and among (1) **plaintiff Herbalife International, Inc.**, and (2) **defendant Lumene North America LLC**, through their respective counsel of record, as follows:

1.  This entire action and all claims, demands, defenses, and causes of action asserted in it by (a) plaintiff Herbalife International, Inc. against defendant Lumene North America LLC, and (b) defendant Lumene North America LLC against plaintiff Herbalife International, Inc., shall be dismissed **with prejudice** pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

2.  Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

3.  With this dismissal, this action shall be dismissed in its entirety.

Dated: April 20, 2009         SHEPPARD MULLIN RICHTER & HAMPTON LLP

                          By _____
                                 KENT R. RAYGOR
                             Attorneys for Plaintiff
                          HERBALIFE INTERNATIONAL, INC.

-1-

Dated: April 20, 2009

HISCOCK & BARCLAY LLP
WINSTON & STRAWN LLP

By _____
DARREN W. SAUNDERS

Attorneys for Defendant
LUMENE NORTH AMERICA, LLC