| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | KENT R. RAYGOR, Cal. Bar No. 117224 |
| 2 | VALERIE E. ALTER, Cal. Bar No. 239905 |
| | 1901 Avenue of the Stars, Suite 1600 |
| 3 | Los Angeles, California  90067-6017 |
| | Telephone:   (310) 228-3700 |
| 4 | Facsimile:    (310) 228-3701 |
| | Email:           kraygor@sheppardmullin.com |
| 5 |                      valter@sheppardmullin.com |
| 6 |        Attorneys for Plaintiff |
| |        HERBALIFE INTERNATIONAL, INC. |
| 7 | |
| | DARREN W. SAUNDERS, NY Bar No. 2269561 |
| 8 | (Admitted *pro hac vice*) |
| | HISCOCK & BARCLAY LLP |
| 9 | Seven Times Square |
| | New York, New York  10036 |
| 10 | Telephone:   (212) 784-5805 |
| | Facsimile:    (212) 784-5757 |
| 11 | E-mail:          dsaunders@hblaw.com |
| 12 | WINSTON & STRAWN LLP |
| | DAVID L. ARONOFF, Cal. Bar No. 152606 |
| 13 | SAUL S. ROSTAMIAN, Cal. Bar No. 235292 |
| | 333 South Grand Avenue |
| 14 | Los Angeles, California  90071-1543 |
| | Telephone:   (213) 615-1700 |
| 15 | Facsimile:    (213) 615-1750 |
| | E-mail:          daronoff@winston.com |
| 16 |                      srostamian@winston.com |
| 17 |        Attorneys for Defendant |
| |        LUMENE NORTH AMERICA LLC |
| 18 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERBALIFE  INTERNATIONAL, INC., a Nevada Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>LUMENE NORTH AMERICA LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. CV 07-05040 AHM  (RCx)<br><br>**STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>COMPLAINT filed:           August 2, 2007<br>Pre-Trial Conference:     May 4, 2009<br>Trial Date:                       May 19, 2009 |

# I.

# **STIPULATION RE DISMISSAL**

All parties (plaintiff Herbalife International, Inc. and defendant Lumene North America LLC) have entered into a SETTLEMENT AGREEMENT that resolves all claims, causes of action, and defenses asserted in this action.

Therefore, IT IS HEREBY STIPULATED by and among (1) **plaintiff Herbalife International, Inc.**, and (2) **defendant Lumene North America LLC**, through their respective counsel of record, as follows:

1.  This entire action and all claims, demands, defenses, and causes of action asserted in it by (a) plaintiff Herbalife International, Inc. against defendant Lumene North America LLC, and (b) defendant Lumene North America LLC against plaintiff Herbalife International, Inc., shall be dismissed **with prejudice** pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

2.  Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

3.  With this dismissal, this action shall be dismissed in its entirety.

Dated: April 20, 2009         SHEPPARD MULLIN RICHTER & HAMPTON LLP

                              By _____
                                 KENT R. RAYGOR
                                 Attorneys for Plaintiff
                                 HERBALIFE INTERNATIONAL, INC.

1  Dated: April 20, 2009          HISCOCK & BARCLAY LLP
2                                 WINSTON & STRAWN LLP
3                                 By _____
4                                      DARREN W. SAUNDERS
5                                    Attorneys for Defendant
                                     LUMENE NORTH AMERICA, LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28