1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL, INC., a Nevada Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LUMENE NORTH AMERICA LLC., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 07-05040 AHM (RCx)<br><br>[Proposed] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>COMPLAINT filed:　　August 2, 2007<br>Pre-Trial Conference:　May 4, 2009<br>Trial Date:　　　　　May 19, 2009 |

-1-

1   GOOD CAUSE HAVING BEEN SHOWN, pursuant to the *Stipulation Of All Parties Re Dismissal Of Entire Action With Prejudice, Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)* submitted on April 21, 2009, by and between plaintiff Herbalife International, Inc. and defendant Lumene North America LLC, the above-captioned action is DISMISSED WITH PREJUDICE in its entirety pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

IT IS SO ORDERED.

Dated: April __, 2009

_____
THE HON. A. HOWARD MATZ, JUDGE OF
THE UNITED STATES DISTRICT COURT

401500495.1

-1-